# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0682. CLIFFORD BURKE v. ETHEL SUTHERLAND-BURKE.

In September 2022, Ethel Sutherland-Burke obtained a 12-month family violence protective order against Clifford Burke. Clifford then filed this direct appeal. We, however, lack jurisdiction.

Appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Thus, Clifford's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Duffy v. Sanders*, 354 Ga. App. 684, 686 (841 SE2d 415) (2020).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/07/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*